Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (818) 744-8714
Facsimile: (818) 337-0383
Email: swritcheson@insightplc.com

Jacqueline K. Burt, Esq. (*pro hac vice to be filed*)
**INSIGHT, PLC**
860 Johnson Ferry Road NE, #140-176
Atlanta, GA 30342
Telephone: (770) 990-9982
Facsimile: (678) 802-1877
Email: jburt@insightplc.com

*Attorneys for Plaintiff SoftWave Tissue
Regeneration Technologies, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOFTWARE TISSUE REGENERATION TECHNOLOGIES, LLC,** a Georgia limited liability company, <br><br> **Plaintiff,** <br><br> **v.** <br><br> **DR. HAR HARI S. KHALSA, DC, d/b/a TRANSFORMATIONAL HEALING UNIVERSE,** an individual; **THOMAS KOSTOPOULOS,** an individual; **and KOSTOPOULOS INVESTMENT HOLDINGS, LLC d/b/a STEMWAVE,** a Delaware limited liability company, <br><br> **Defendants.** | Case No. _____ <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** |

1

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

## COMPLAINT FOR PATENT INFRINGEMENT

COME NOW Plaintiffs SoftWave Tissue Regeneration Technologies, LLC (hereinafter, the "Plaintiff" or "SoftWave TRT") and file this Complaint against Defendants Dr. Har Hari S. Khalsa, DC d/b/a Transformational Healing Universe, Thomas Kostopoulos, and Kostopoulos Investment Holdings, LLC, d/b/a StemWave (collectively, the "Defendants") and in support hereof show unto the Court the following:

### PARTIES

1.    Plaintiff SoftWave Tissue Regeneration Technologies, LLC ("SoftWave TRT") is an Ohio limited liability company with its principal place of business located at 195 Chastain Meadows Ct, Suite 109, Kennesaw, GA 30144.

2.    Defendant Dr. Har Hari S. Khalsa, DC ("Dr. Khalsa") is an individual who is believed to be employed by Transformational Healing Universe ("THU") located at 1649 S. Robertson Blvd., Los Angeles, CA 90035.  On information and belief, Dr. Khalsa is also doing business as THU located at 1649 S. Robertson Blvd., Los Angeles, CA 90035.

3.    Defendant Thomas Kostopoulos ("Kostopoulos") is an individual who is believed to reside in Boston, Massachusetts and is the CEO, Founder of Kostopoulos Investment Holdings, LLC d/b/a StemWave.  *See* https://www.linkedin.com/in/tom-kostopoulos-544735111. On information and belief, Kostopoulos is the *alter ego* of Kostopoulos Investment Holdings, LLC.

4.    Defendant Kostopoulos Investment Holdings, LLC ("KIH") d/b/a StemWave ("StemWave") is a Delaware limited liability company with its principal place of business located at 61 Newbury St., Boston, MA 02199 and may be served with Summons and a copy of this Complaint by delivering the same to its registered agent, United States Corporation Agents, Inc., 221 N. Broad St., Suite 3A, Middletown, DE 19709.  On information and belief, KIH is a mere shell company operated by Kostopoulos.

5.    As depicted below, KIH is registered in Massachusetts and sets forth its connection with StemWave, which operates the website www.stemwave.com:

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

**Corporations Division**

**Business Entity Summary**

ID Number: 001585000                                    [Request certificate] [New search]

Summary for: KOSTOPOULOS INVESTMENT HOLDINGS, LLC

| | |
|---|---|
| The exact name of the Foreign Limited Liability Company (LLC): | KOSTOPOULOS INVESTMENT HOLDINGS, LLC |
| The name used to transact business in Massachusetts: | STEMWAVE |

Entity type: Foreign Limited Liability Company (LLC)

Identification Number: 001585000

Date of Registration in Massachusetts: 05-23-2022

Last date certain:

Organized under the laws of: State: DE Country: USA on: 02-01-2017

The location of the Principal Office:

Address: 361 NEWBURY STREET, FLR. 4
City or town, State, Zip code, Country:    BOSTON,  MA  02115  USA

The location of the Massachusetts office, if any:

Address: 361 NEWBURY STREET, 4TH FLR
City or town, State, Zip code, Country:    BOSTON,  MA  02115  USA

The name and address of the Resident Agent:

Name:    CORPORATION SERVICE COMPANY
Address:    84 STATE STREET
City or town, State, Zip code, Country:    BOSTON,  MA  02109  USA

The name and business address of each Manager:

| Title | Individual name | Address |
|---|---|---|
| MANAGER | TOM KOSTOPOULOS | 361 NEWBURY STREET, FLR. 4 BOSTON, MA 02115 USA |

The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | TOM KOSTOPOULOS | 361 NEWBURY STREET, FLR. 4 BOSTON, MA 02115 USA |

*See* the Massachusetts Secretary of State website, available at
https://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSummary.aspx?sysvalue=8jvflNc2wyZ9h3b
3CVUeuSs8478rkHOcJ8p_m0qgGXY (emphasis added).


**JURISDICTION AND VENUE**

6.      This action arises under the Patent Act, 35 U.S.C. § 101 *et seq*., including 35 U.S.C. §§ 271, 281, 283, 284, and 285.  Accordingly, this Court has federal question jurisdiction pursuant to 35 U.S.C § 281.  This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331 and 1338.

7.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).  On information and belief, Defendants have a business partnership in which Dr. Khalsa, individually and/or through THU, acts as a spokesperson for Defendants StemWave and/or Kostopoulos in California and has a regular, established place of business in the District.  Further evidence of this

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

business partnership is that Defendants Dr. Khalsa and THU have directed and continue to direct their customers and potential customers to "Click here to learn more," which directs customers to StemWave's website, as depicted below:



See THU's website, available at https://www.transformationalhealinguniverse.com/services/#stemwave (emphasis added).

8.    This Court has personal jurisdiction over Defendants. Defendants have minimum contacts within the State of California. Defendants have purposefully availed themselves of the privileges of conducting business in the State of California. Defendants have sought protection and benefit from the laws of the State of California. On information and belief, Defendants regularly and continuously conduct business in this District and have infringed or induced infringement, and continue to do so, in this District and Plaintiff's causes of action arise directly from Defendants' business contacts and other activities in the State of California. In addition, this Court has personal

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

1  jurisdiction over Defendants because minimum contacts have been established with the forum and the

2  exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

3       9.      Defendants Dr. Khalsa and THU reside within this District and operate a business,

4  THU, within this District in addition to the business partnership with Defendants StemWave and

5  Kostopoulos.

6       10.     As shown below, Defendant StemWave also provides in its Legal Notice, available at

7  www.stemwave.com/legal-notice, that "[a]ll matters related to your use of this site and these terms

8  and conditions shall be interpreted in accordance with *California law:"*

9
10       12. All matters related to your use of this site and these terms and conditions shall be interpreted in accordance with California law. We may from time to time revise these terms and conditions by updating this page. You are bound by any such revisions when posted and should therefore periodically visit this page to review the latest terms and conditions.

11

12  *See* StemWave's website, last visited on October 25, 2022, at https://stemwave.com/legal-notice/.

13  (*Emphasis* added.)

14       11.     On information and belief, Defendants Kostopoulos and StemWave have engaged in

15  business  dealings  with  Defendants  Dr.  Khalsa  and/or  THU  because  THU's  website,

16  www.transformationalhealinguniverse.com,  provides  a  direct  link  for  information  on  "Stemwave

17  Stem Cell Therapy" to Defendants Kostopoulos' and StemWave's website, www.stemwave.com.  *See*

18  *https://www.transformationalhealinguniverse.com/services/#stemwave.*

19       12.     Defendants, directly and/or through their business partners, ship, distribute, make, use,

20  import, offer for sale, sell, and/or advertise infringing products and affiliated services in the United

21  States and the State of California.  Defendants have committed patent infringement in the State of

22  California and elsewhere in the United States.  On information and belief, Defendants solicit customers

23  in the State of California.

24                            <u>THE ACCUSED PRODUCT</u>

25  13.     This case involves a claim of patent infringement under the Patent Act, 35 U.S.C. § 101 *et seq.*,

26  based on the advertising, sale, offer for sale and/or use of the Inceler Medikal ("Inceler") shockwave

27

28

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

1   device branded as the Modus F device (referred to herein as the "StemWave" or "Modus F" device),

2   as shown below:



10   *See* https://stemwave.com.

11       14.   Defendants Dr. Khalsa and/or THU, as provided on THU's website excerpted below,

12   offers information on "Stemwave Stem Cell Therapy" and related services, which includes treatment

13   for "orthopedic conditions," "male and female conditions," among other conditions:



### Stemwave Stem Cell Therapy

Using natural sound light and voltage waves that are designed and proven to stimulate the body's own production of stem cells to help repair any old injuries or degenerative processes. Stemwave is a revolutionary new German technology, using a specialized acoustic wave or "true" shock wave, There have been numerous studies on this therapy for multiple conditions. One interesting aspect with Stemwave is the wider range of conditions that Stemwave seems to have a benefit. Transformational Healing Universe is having much success with Stemwave , treating many musculoskeletal and orthopedic conditions, joint pain, nerve injury such as with spinal disc injury, neuropathy and sciatica. Although not yet FDA approved, we also treat male and female conditions like ED, urinary incontinence, prostate hypertrophy with waking up at night to urinate (yes this seems to be fixable with this device), vaginal atrophy and the sexual aspect of having better function down there!

Click **here** to learn more.

*See* https://www.transformationalhealinguniverse.com/services/#stemwave.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

15.     At least as of April 27, 2022, StemWave has been the exclusive licensee of Inceler's Modus F device, as shown below:



See https://stemwave.com/press-release-3/.

### HISTORY OF SOFTWAVE TRT

16.     Founded in 2004, SoftWave TRT, LLC is a "medical technology company that is developing advanced solutions specializing in shock wave therapy for better patient healing." *See* Software TRT's website, available at www.softwaretrt.com/about-softwave.

17.     SoftWave TRT is currently engaged in business throughout the United States. SoftWave TRT also has TRT is a medical technology company that develops, manufacturers, and sells ESWT devices used to treat a variety of medical conditions under the name SoftWave™ Acoustic Wave Therapy.

18.     SoftWave TRT is currently engaged in business throughout the United States. SoftWave TRT also has a strong international presence through its German affiliate, MTS Europe GmbH ("MTS").

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

19.     SoftWave T RT develops and manufactures its "SoftWave" devices through its German affiliate, MTS.  The technology utilized in the devices can be categorized into two groups: (a) patented, unfocused shockwaves for soft tissue indications (e.g., wounds) and (b) focused shockwaves for lithotripsy and bony indications (e.g., non-healing fractures).

20.     The patented SoftWave technology uses various lens configurations to produce pressure waves. These waves have a characteristic pressure profile of short rise-times reaching high amplitudes (comparable to a sonic boom).  The pressure waves can be shaped through a reflector, which enables the transmission of either highly focused shockwaves for use on human tissue, or soft-focused or unfocused pressure waves (i.e., Shockwaves) for most soft tissue indications.

21.     The fact that SoftWave TRT's SoftWave technology generates less pain, has a higher efficacy rate, and has a lower re-treatment rate further distinguishes it from its competitors' higher-energy, more focused shockwave systems.

22.     As the industry leader, SoftWave TRT's discovery that its Shockwaves have the same or better clinical benefit as higher-energy focused shockwaves for most medical conditions has allowed it to further develop the idea into a useful format and secure patents protecting its inventions.

23.     SoftWave TRT's SoftWave technology provides a number of benefits, including, but not limited to: (a) painless treatments not requiring the use of localized anesthesia; (b) the ability to treat larger surfaces, such as wounds, faster and more efficiently than competing shockwave devices; and (c) small, compact devices that are less expensive to manufacture than competing devices.

24.     SoftWave TRT currently has approval to distribute two devices in the United States: the LithoGold and VetGold systems.

25.     SoftWave TRT was the first company to discover (and patent the inventions used to generate) the biologic response generated by SoftWave technology, including: (a) promotion of growth factors (e.g., VEGF, BPM, and OP); (b) promotion of nitric oxide; (c) improved vascularity; and (d) migration and differentiation of stem cells.

26.     SoftWave TRT's extensive patent portfolio includes but is not limited to: (a) dozens of United States Patents; (b) published United States patent applications; (c) international patent applications; and (d) international patents.  Additionally, as of July 19, 2022, SoftWave TRT was

8

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

granted four (4) new patents:  U.S. Patent Nos. 11,389,373; 11,389,370; 11,389,371; and, 11,389,372.
*See* https://softwavetrt.com/4-u-s-patents-issued-on-july-19-2022/.   Specifically, SoftWave TRT's
patent portfolio consists of at least the following:

| Patent/Pub. No. | Date | Title |
|---|---|---|
| U.S. 7,470,240 | Dec. 30, 2008 | Pressure pulse/shock wave therapy methods and an apparatus for conducting the therapeutic methods |
| U.S. 7,841,995 | Nov. 30, 2010 | Pressure pulse/shock wave therapy methods and an apparatus for conducting the therapeutic methods |
| U.S. 7,905,845 | March 15, 2011 | Pressure pulse/shock wave therapy methods and an apparatus for conducting the therapeutic methods |
| U.S. 7,883,482 | Feb. 8, 2011 | Pressure pulse/shock wave therapy methods and an apparatus for conducting the therapeutic methods |
| U.S. 7,507,213 | March 24, 2009 | Pressure pulse/shock wave therapy methods for organs |
| U.S. 7,537,572 | May 26, 2009 | Treatment or pre-treatment for radiation/chemical exposure |
| U.S. 7,601,127 | Oct. 13, 2009 | Therapeutic stimulation of genital tissue or reproductive organ of an infertility or impotence diagnosed patient |
| U.S. 7,497,834 | March 3, 2009 | Germicidal method for eradicating or preventing the formation of biofilms |
| U.S. 7,497,835 | March 3, 2009 | Method of treatment for and prevention of periodontal disease |
| U.S. 7,544,171 | June 9, 2009 | Methods for promoting nerve regeneration and neuronal growth and elongation |
| U.S. 7,600,343 | Oct. 13, 2009 | Method of stimulating plant growth |
| U.S. 7,578,796 | Aug. 25, 2009 | Method of shockwave treating fish and shellfish |
| U.S. 7,497,836 | March 3, 2009 | Germicidal method for treating or preventing sinusitis |
| U.S. 8,162,859 | April 24, 2012 | Shock Wave Treatment Device and Method of Use |
| U.S. 7,594,930 | Sept. 29, 2009 | Method of attaching soft tissue to bone |
| U.S. 7,988,648 | Aug. 2, 2011 | Pancreas Regeneration Treatment For Diabetics Using Extracorporeal Acoustic Shock Waves |
| U.S. 8,257,282 | Sept. 4, 2012 | Pressure Pulse/Shock Wave Apparatus for Generating Waves Having Plane, Nearly Plane, Convergent Off Target or Divergent Characteristics |
| U.S. 8,535,249 | Sept. 17, 2013 | Pressure Pulse/Shock Wave Apparatus for Generating Waves Having Plane, Nearly Plane, Convergent Off Target or Divergent Characteristics |
| U.S. 7,390,308 | June 24, 2008 | Apparatus and process for optimized electro-hydraulic pressure pulse generation |
| U.S. 6,217,531 | April 17, 2001 | Adjustable electrode and related method |
| U.S. 7,695,443 | April 13, 2010 | Device for generating shock waves |
| U.S. 7,775,995 | Aug. 17, 2010 | The Use of a Thyristor for Electric Switching During the Generation of Shock Waves |

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

| Patent/Pub. No. | Date | Title |
|---|---|---|
| U.S. Pub. 2007/0239082 | Oct. 11, 2007 | Shock Wave Treatment Device |
| U.S. Pub. 2008/0191596 | Aug. 14, 2008 | An Improved Device For Producing Electrical Discharges in an Aqueous Medium |
| U.S. Pub. 2008/0269651 | Oct. 30, 2008 | Wound Care Bandaging In Combination With Acoustic Shock Wave Applications |
| U.S. Pub. 2009/0041864 | Feb. 12, 2009 | Apparatus and Method for Cellular Extract Enhancement |
| U.S. Pub. 2009/0088670 | April 2, 2009 | Shock Wave Coupling Adapter and Method of Use |
| U.S. Pub. 2009/0093739 | April 9, 2009 | Apparatus for Generating Electrical Discharge |
| U.S. Pub. 2011/0177576 | June 21, 2011 | Shock Wave Cell Treatment Device And Method To Enhance Cell Replication |
| U.S. Pub. 2008/0183111 | June 31, 2008 | Device And Method For Generating Shock Waves |
| EP1981463 | | Shock Wave Treatment Device And Method Of Use |
| EP1981412 | | Improved Shock Wave Treatment Device |
| WO 2007/098300 | Aug. 30, 2007 | Shock Wave Treatment Device And Method Of Use |
| WO 2007/087470 | Aug. 2, 2007 | Improved Shock Wave Treatment Device |

27.     SoftWave TRT currently has product lines developed for the treatment of five distinct areas of care: (a) CardioGold™ – cardiac and vascular indications; (b) LithoGold™ – lithotripsy and urology indications; (c) OrthoGold™ – orthopedic indications; (d) UroGold™ – urology indications; (e) VetGold™ – veterinary indications; and (f) DermaGold™ – wound care indications.

28.     Currently, SoftWave TRT's three primary initiatives consist of: (a) selling approved devices throughout North America; (b) securing legal protection for its products and intellectual property; and (c) obtaining regulatory approval or clearance in the United States.

29.     Defendants' offering for sale and selling of the Modus F device competes directly with those of Plaintiff.

## COUNT I
## PATENT INFRINGEMENT (U.S. PATENT NO. 7,841,995)

30.     Plaintiff re-alleges and incorporates by express reference the preceding Paragraphs as if fully restated and set forth herein.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

31.     United States Patent No. 7,841,995 ("'995 Patent") was duly and legally issued by the USPTO on October 13, 2009 to its inventors, Reiner Schultheiss, Wolfgang Schaden, and John Warlick, and was initially assigned to General Patent, LLC.1

32.     The '995 Patent includes claims relating to the field of treating mammals with acoustic pressure pulse shock waves, generally, and more specifically, to treating various conditions found in humans and animals using shockwaves that are generated as either focused waves at high or low energy levels or non-focused waves at preferably low energy levels or a combination of such waves.

33.     The claims of the '995 Patent are directed to a method of stimulating a substance that is tissue having cells, which can be an organ of a mammal, including a human.  Such organ may include the skin or any other organ.  The tissue may be, inter alia, muscle or tendon and may be part of the vascular system, a part of the nervous system, a part of the urinary systems, a part of the nervous system, a part of the lymph node or pituitary systems.

34.      The Defendants, jointly and severally, promote and market to customers use of a shockwave device sold under the brand name StemWave to patients that incorporates Plaintiff's patented methods.

35.     The Defendants', jointly and severally, marketing efforts include providing instructional materials to third-party medical providers and patients on how to practice the patented methods (the "StemWave Procedure").  The Defendants make these instructional materials available throughout the country, including to interested medical providers and patients in this District.

36.     Defendants teach the StemWave Procedure using the Modus F device offered for sale and/or sold, on information and belief, by Defendants Kostopoulos and StemWave in partnership with the manufacturer, Inceler MediKal Ltd. ("Inceler").

37.     Inceler is a manufacturer with locations in Germany and Turkey, and on information and belief, Defendants, collectively and/or individually, are importing the Modus F devices into the United States to treat patients. The Modus F device is "now available in the US," according to its

---

[1] A true and accurate copy of the '995 Patent is attached hereto as **Exhibit A** and incorporated herein by express reference.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

website, www.stemwave.com.  The StemWave Procedure is used to provide shock wave therapy for "treating knee pain, arthritis, joint injuries, muscle injuries, and other degenerative conditions."  *Id.*

38.     Defendant Dr. Khalsa recently described in a video on Youtube, which was posted on or about October 2022, entitled "In depth Stemwave discuss and procedure on Dr. Har Hari own foot www.thuheal.com," in which he describes in detail how to use the StemWave device to treat his toe for arthritis (hereinafter, the "Khalsa Video").  *See https://www.youtube.com/watch?v=reabzYAur1U.*

39.     The Khalsa Video provides a demonstration of the "StemWave Procedure," in which Defendant Dr. Khalsa sets the StemWave device for a "Target" of 100 pulses, a "Freq" of 2hz and an "Energy" of 0.10mJ for treatment of his toe.  *See id.*



40.     The Defendants, jointly and severally,  have infringed and continue to infringe the '995 Patent, directly and/or indirectly, either literally or under the doctrine of equivalents, by promoting, marketing, training, and licensing the use of infringing methods.  Specifically, each of the Defendants

has infringed and continues to infringe one or more claims of the '995 Patent, including at least Claims 1, 8 and 10 (the "'995 Patent Claims") by: (a) promoting, marketing, and advertising to potential customers who may be medical providers and/or patients; and (b) providing marketing and advertising support to their medical provider customers to create awareness and demand by patients for the StemWave Procedure.  As such, the Defendants have infringed the '995 Patent by utilizing the methods claimed and disclosed in the '995 Claims, including but not limited to Claims 1, 8, and 10.

### CLAIM 1 OF THE '995 PATENT

41.    The *preamble of Claim 1 of the '995 Patent* discloses:

> 1. The method of stimulating a cellular substance wherein the cellular substance is a tissue having cells and the tissue is either part of an organ or the entire organ of a human or animal comprises the steps of:

*See* Ex. A at Col. 23, ll. 8-11.

42.    As required by the preamble of Claim 1 of the '995 Patent, Defendants, collectively and/or individually use a Modus F device to stimulate a cellular substance such as human tissue, which is part of the organ or the entire organ of a human," using pressure pulse/shock waves and is advertised as follows:



**StemWave™ Modus-F**

StemWave™ Modus-F is a German engineered medical device intended to alleviate aches and pains.

Our uniquely designed **Area Directed Technology (ADT)** utilizes an electro-hydraulic system that generates focused acoustic waves that apply mechanical force and energy to living tissue. This technology was specifically designed for efficient and effective use with orthopedic indications.

For years, this device has been widely used by medical institutions all around Europe. Now, we are excited to introduce our product with the goal of making Modus-F's Area Directed Technology easily accessible to providers and their patients all across the United States.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

*See* StemWave's website, available at http://stemwave.com.  *See also* Ex. A at Col. 23, ll. 8-11.

43.    The *first claimed element of Claim 1 of the '995 Patent* discloses:

> treating the cellular substance;

*See* Ex. A at Col. 23, ll. 12.

44.    As required by the first claimed element of Claim 1 of the '995 Patent (*see* Ex. A at Col. 23, ll. 12), Defendants, collectively and/or individually use and/or instruct how to use the Modus F device to treat human tissue, which is a cellular substance.

45.    The *second claimed element of Claim 1 of the '995 Patent* discloses:

> activating an acoustic shock wave generator or source to emit pressure pulses or acoustic shock waves directed toward the substance to impinge the substance with pressure pulses or shock waves having a low energy density in the range of 0.00001 mJ/mm$^2$ to 1.0 mJ/mm$^2$; the pressure pulse being an acoustic pulse which includes several cycles of positive and negative pressure, wherein the pressure pulse has an amplitude of the positive part of such a cycle should be above 0.1 MPa and the time duration of the pressure pulse is from below a microsecond to about a second, rise times of the positive part of the first pressure cycle in the range of nano-seconds (ns) up to some milli-seconds (ms), the acoustic shock waves being very fast pressure pulses having amplitudes above 0.1 MPa and rise times of the amplitude being below 100's of ns, the duration of the shock wave is typically below 1-3 micro-seconds (µs) for the positive part of a cycle and typically above some micro-seconds for the negative part of a cycle; and

*See* Ex. A at Col. 23, ll. 13-31.

46.    As required by the second claimed element of Claim 1 of the '995 Patent (*see* Ex. A at Col. 23, ll. 13-31), Defendants, collectively and/or individually use and/or instruct how to use the Modus F device, which comprises an activatable shockwave generator used to emit pressure pulses or acoustic shock waves.  The Modus F device uses an electro-hydraulic system: "Our treatment source leverages a spark-gap system to generate high-energy electrical discharge in water – producing

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

true acoustic waves with every pulse." *See* https://stemwave.com/technology/.  Such shock waves are directed to the cellular substance (i.e., human tissue and/or human tissue covered structure) being treated.  The Modus F device includes various power and/or energy density settings, each of which is intended to be directed to human tissue and/or human tissue covered bodily structure.

47.     On information and belief, because the Modus F device is directed to human tissue and/or human tissue covered bodily structure, the Modus F device is required to operate within the claimed range in order to avoid physically damaging such substance.

48.     As depicted in the Khalsa Video (*see* para. 38-39, *supra*), the StemWave Procedure requires the use of a device to administer shock waves with a power density in the range of 0.01 mJ/mm$^2$ up to 1.0 mJ/mm$^2$ to treat tissue.  Defendant Dr. Khalsa demonstrated the StemWave Procedure in the Khalsa Video and used an energy setting of 0.10 mJ, which is within the claimed range of Claim 1 of the'995 Patent.

49.     On information and belief, the Modus F device uses a pressure pulse, including several cycles of positive and negative pressure, with a pressure pulse having an amplitude of the positive part above 0.1 MPa and the time duration of the pressure pulse is from below a microsecond to about a second, rise times of the positive part of the first pressure cycle in the range of nano-seconds (ns) up to some milli-seconds (ms), the acoustic shock waves being very fast pressure pulses having amplitudes above 0.1 MPa and rise times of the amplitude being below 100's of ns, the duration of the shock wave is typically below 1-3 micro-seconds (μs) for the positive part of a cycle and typically above some micro-seconds for the negative part of the cycle.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

50.    The ***third claimed element of Claim 1 of the '995 Patent*** discloses:

> subjecting the cellular substance to convergent, divergent, planar or near planar acoustic shock waves or pressure pulses in the absence of a focal point impinging the substance stimulating a cellular response in the absence of creating cavitation bubbles evidenced by not experiencing the sensation of cellular hemorrhaging caused by the emitted waves or pulses in the substance wherein the cellular substance is positioned within a path of the emitted shock waves or pressure pulses and away from any localized geometric focal volume or point of the emitted shock waves wherein the emitted shock waves or pressure pulses either have no geometric focal volume or point or have a focal volume or point ahead of the cellular substance or beyond the cellular substance thereby passing the emitted waves through the cellular substance while avoiding having any localized focal point within the cellular substance wherein the emitted pressure pulses or shock waves are convergent, divergent, planar or near planar and the pressure pulse shock wave generator or source is based on electro-hydraulic, electromagnetic, piezoceramic or ballistic wave generation having an energy density value ranging as low as 0.00001 mJ/mm² to a high end of below 1.0 mJ/mm².

*See* Ex. A. at Col. 23, ll. 32-54.

51.    As required by the third claimed element of Claim 1 of the '995 Patent (*see* Ex. A at Col. 23, ll. 32-54), Defendants, on information and belief, collectively and/or individually use and/or instruct how to use the Modus F device to subject the cellular substance, i.e. human tissue, to convergent, divergent, planar or near planar acoustic shock waves or pressure pulses in the absences of a focal point impinging the substance stimulating a cellular response in the absence of creating cavitation bubbles evidence by not experiencing the sensation of cellular hemorrhaging caused by the emitted waves or pulses in the substance wherein the cellular substance is positioned within a path of the emitted shock waves or pressure pulses and away from an localized geometric focal volume or point of the emitted shock waves wherein the emitted shock waves or pressure pulses either have no geometric focal volume or point or have a focal volume or point ahead of the cellular substance or beyond the cellular substance thereby passing the emitted waves through the cellular substance while

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

avoiding having any localized focal point within the cellular substance wherein the emitted pressure pulses or shock waves are convergent, divergent, planar or near planar and the pressure pulse shock wave generator or source is based on electro-hydraulic, electromagnetic, piezoceramic or ballistic wave generation.



*See* https://stemwave.com/technology/.

52.     The Modus F device uses electro-hydraulic acoustic waves:

> **Electro-hydraulic** System
>
> Our treatment source leverages a spark-gap system to generate high-energy electrical discharge in water – producing true acoustic waves with every pulse.

*See* stemwave.com/technology/.

53.     The Defendants, collectively and/or individually, use and/or instruct how to use the Modus F device to administer shock waves with a power density in the range of 0.01 mJ/mm$^2$ up to 1.0 mJ/mm$^2$ to stimulate tissue in patients and avoid causing tissue damage.  As shown in the Khalsa Video (*see* Para. 38-39, *supra*), the Modus F device was set at a power density of 0.10 mJ, which is within the range disclosed in Claim 1 of the '995 Patent.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

<strong><u>CLAIM 8 OF THE '995 PATENT</u></strong>

54.     Claim 8 of the '995 Patent is a dependent claim that depends from independent Claim 1 of the '995 Patent and discloses:

> **8.** The method of stimulating a substance of claim **1** wherein the substance includes one or more vertebrae.

*See* Ex. A. at Col. 24, ll. 13-14.

55.     As required by ***Claim 8 of the '995 Patent*** (*see* Ex. A at Col. 24, ll. 13-14), including those allegations related to independent Claim 1, *supra,* Defendants, collectively and/or individually, use and/or instruct others to use the Modus F device for stipulating a substance, i.e., human tissue, where in the substance includes one or more vertebrae, as shown on StemWave's website:



https://stemwave.com/ (emphasis added).

<strong><u>CLAIM 10 OF THE '995 PATENT</u></strong>

56.     Claim 10 of the '995 Patent is a dependent claim that depends from independent Claim 1 of the '995 Patent and discloses:

> **10**. The method of stimulating a substance of claim **1** wherein the substance further includes a joint and surrounding tissue.

*See* Ex. A. at Col. 24, ll. 18-21.

57.     As required by ***Claim 10 of the '995 Patent*** (*see* Ex. A at Col. 24, ll. 18-21), including those allegations related to independent Claim 1, *supra,* Defendants, collectively and/or individually use and/or instruct others to use the Modus F device for stimulating a substance, i.e., human tissue, wherein the substance further includes a joint and surrounding tissue, such as a human knee, ankle, wrist, shoulder or elbow, as shown on the StemWave website:



https://stemwave.com/ (emphasis added).

\*\*\*

58.     On information and belief, Defendants, jointly and severally, have performed the methods claimed in '995 Patent during the course of offering to sell, selling, demonstrating, and/or

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

instructing the ordinary operation of the StemWave device.  Such conduct, at least, constitutes direct patent infringement by Defendants.

59.     Based on a letter dated June 8, 2022 (the "Notice Letter"),[2] which informed Defendants Kostopoulos and of their alleged infringement of the '995 Patent, Defendants continued its infringing activity.  As such, Defendants Kostopoulos and StemWave have willfully infringed and/or will continue to willfully infringe one or more claims of the '995 Patent.  Moreover, such letter constitutes notice for the purposes of indirect infringement.  Defendants Dr. Khalsa and THU are on notice of Plaintiff's asserted claims herein at least as of the filing of this Complaint.

60.     Specifically, each of the Defendants has intentionally induced and continues to induce infringement of the '995 Patent Claims in this district and elsewhere in the United States, by their intentional acts which have successfully, among other things, encouraged, instructed, enabled, and otherwise caused others to use the Procedure in an infringing manner.  Despite having knowledge of the '995 Patent through the Notice Letter and other means, the Defendants continue to encourage, instruct, enable, and otherwise cause their customers to purchase and use the accused devices in a manner that infringes one or more of the '995 Patent Claims.  The offer to sell and selling of the StemWave device provides Defendants with a source of revenue and business focus.  Each of the Defendants has specifically intended their customers to purchase and use the StemWave device in such a way that infringes the '995 Patent.  Each of the Defendants knew that their actions would induce, has induced, and will continue to induce infringement by their customers by continuing to promote, advertise, train, support, and instruct said customers on using the StemWave device in an infringing manner.

61.     In sum, Defendants' customers actually infringe claims of the '995 Patent by, *inter alia*, practicing the claimed methods of Claims 1, 8 and 10.  Defendants knew of the '995 Patent and, nevertheless, knowingly induced the infringing acts of their customers with a specific intent to encourage infringement by such persons.

---

[2] *See* **Exhibit B** attached hereto for a true and correct copy of the June 8, 2022 notice letter to Defendants Kostopoulos and StemWave.

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

62.     In addition, Defendants have also contributed to the infringement of at least Claims 1, 8 and 10 of the '995 Patent by at least their customers.  Specifically, Defendants' customers directly infringe at least Claims 1, 8 and 10 by practicing the claimed methods.  Defendants knew at the time that its components were designed for a use that was both patented and infringing.  The Defendants' product is not a staple good and has no substantial non-infringing uses, and the product is a material part of the combination because it is used to perform the claimed methods.

63.     The Defendants' aforesaid activities have been without authority and/or license from Plaintiff.

64.     Plaintiff is entitled to recover from each of the Defendants the damages sustained by Plaintiff as a result of each Defendants' wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

65.     Defendants' direct and indirect infringement of Plaintiff's rights under the '995 Patent will continue to damage Plaintiff, causing irreparable harm to Plaintiff for which there is no adequate remedy at law, unless enjoined by this Court.

## **JURY DEMAND**

1.     Plaintiff demands a trial by jury on all issues.

WHEREFORE Plaintiff SoftWave TRT pray upon this Court for the following relief:

A.     That summons issue and Defendants be served according to law;

B.     That Plaintiff recovers from Defendants, jointly and severally, all past and future damages for patent infringement;

C.     An adjudication that one or more claims of the '995 Patent has been directly infringed, either literally and/or under the doctrine of equivalents, by Defendants jointly and severally;

D.     An adjudication that Defendants have, jointly and severally, induced infringement of one or more claims of the '995 Patent;

E.     An adjudication that Defendants have, jointly and severally, contributed to the infringement of one or more claims of the '995 Patent;

21

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____

F.      An award of damages to be paid by Defendants adequate to compensate Plaintiff for Defendants' past infringement and any continuing or future infringement up until the date such judgment is entered, including interest, costs, and disbursements as justified under 35 U.S.C. § 284 and, if necessary to adequately compensate Plaintiff for Defendants' infringement, an accounting of all infringing sales including, but not limited to, those sales not presented at trial;

G.      A grant of permanent injunction pursuant to 35 U.S.C. § 283, enjoining Defendants and any officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from further acts of infringement with respect to any one or more of the claims of the '995 Patent;

H.      An adjudication that Defendants' infringement of one or more claims of the '995 Patent has been willful such that damages may be enhanced under 35 U.S.C. § 284;

I.      That this Court declare this to be an exceptional case and award Plaintiff its reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

J.      Any such other and further relief deemed just and proper by this Court.

This 26th day of October, 2022.

/s/ *Steven W. Ritcheson*

Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
swritcheson@insightplc.com

*Attorney for Plaintiff*

**COMPLAINT FOR PATENT INFRINGEMENT**
Case No. _____